IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
       v.                    )
                             )
MICHAEL SOTO,                )
                             )   3:23-cr-00051-RRB-KFR-7
            Defendant.       )
_____)
```

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in as 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

**NON-OPPOSED REQUEST TO APPEAR BY PHONE ON DECEMBER 9, 2024**

COMES NOW counsel for the defendant, Michael Soto, and requests that this court permit him to appear telephonically for the status conference on December 9, 2024, scheduled to commence at 1:15 pm.

Your undersigned is in a felony jury trial in Anchorage in the matter of SOA v Fred Hurley III, case number 3AN.17.05593CR before Judge Miller. Defense Counsel will request to be released early to participate in this scheduled hearing, however, there won't be enough time to drive to the Federal Courthouse and appear in person.

This office communicated with opposing counsel and the government does not oppose this request.

Respectfully Submitted this 6th day of December, 2024, at Anchorage, Alaska.

s/ Rex Lamont Butler, Esq

Rex Lamont Butler and Associates
745 W. 4th Ave., Suite 300
Anchorage, Alaska 99501

907-272-1497
907-276-3306 (f)

745 W. 4th Ave., Ste., 300
Anchorage, Alaska, 99501.
(907) 272.1497
(907) 276.3306 (Facsimile)
[rexbutlercalendar@gmail.com](mailto:rexbutlercalendar@gmail.com)
ABN: 8310105

**Certificate of Service**:

I HEREBY CERTIFY that on the 6th day of December, 2024, a true and accurate copy of the foregoing Request To Appear By Phone and all documents in support were filed and served on AUSA Christopher Schroeder AUSA Stephan Collins, and AUSA Alana Weber via CM/ECF.

s/ Rex Lamont Butler
Rex Lamont Butler, Esq.

Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)